# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE:  Richard David Runion, Jr.                        )
        Tangela Dorene Runion,                      )    Chapter 7
               Debtors                              )    Case No. _____

## APPLICATION TO QUASH GARNISHMENT

TO THE HONORABLE REBECCA B. CONNELLY, U.S. BANKRUPTCY JUDGE:

      Come now your Applicants, by counsel, pursuant to Bankruptcy Code § 362(a), and respectfully represents as follows:

      1.     Debtors have filed a petition for relief under Chapter 7 of Title 11 of the US Code.

      2.     Debtors do not have available at this time a copy of the actual Garnishment Summons to which this Application relates.  However, for reference, a copy of the electronic Docket Report from the official website for the appropriate General District Court, evidencing the initiation of the subject garnishment, is appended hereto.

      3.     Richard David Runion, Jr., one of said Debtors hereunder, is subject to a garnishment issued within 90 days of the petition filing date, as follows:

        <u>Court</u>:       Harrisonburg/Rockingham General District Court
                        53 Court Square, Room 132
                        Harrisonburg VA 22801

        <u>In favor of</u>:   Mariner Finance of Virginia, LLC
                        1790 E. Market Street, Suite 86
                        Harrisonburg VA 22801

        <u>Case Number</u>:  GV19-5531-01

        <u>Return date</u>:  October 29, 2019

        <u>Garnishee</u>:   DuPont Community Credit Union
                        1925 Reservoir Street
                        Harrisonburg VA 22801

      WHEREFORE, your Applicants pray that said garnishment be quashed and that such other and further relief be granted as the nature of this case may require.

      Copies hereof will be transmitted by First Class U.S. mail, postage prepaid on the 26th day of October, 2019 to the debtor, garnishee, creditor and/or creditor's attorney, and the Clerk of the above-referenced Court.

                                                  Respectfully submitted,

                                                  Richard David Runion, Jr.
                                                  Tangela Dorene Runion

                                 By:     <u>/s/ Douglas W. Harold, Jr.</u>
                                                  Attorney for Applicants

Douglas W. Harold, Jr. – VSB # 19533
Attorney At Law
1114 Fairfax Pike, Suite 10
White Post, VA 22663
Tel: (540) 869-0040; Fax: (540) 869-0041
Email: douglasharold@verizon.net

# Harrisonburg/Rockingham General District Court 

## Civil Case Details

Harrisonburg/Rockingham ▼

Name Search
Case Number Search
Hearing Date Search
Service/Process Search

Name Search
Case Number Search
Hearing Date Search
Service/Process Search

### Case Information

| | |
|---|---|
| Case Number: | GV19005531-01 |
| Case Type: | Garnishment |
| Filed Date: | 09/24/2019 |
| Debt Type: | |

### Plaintiff Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| MARINER FINANCE OF VIRGINIA LLC | | HARRISONBURG, VA 22801 | | NONE |

### Defendant Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| RUNION, RICHARD | | MOUNT JACKSON, VA 22842 | | NONE |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom |
|---|---|---|---|---|
| 10/29/2019 | 08:30 AM | | | B |

### Service/Process

### Reports

### Judgment Information

| Judgment: | Costs: | Attorney Fees: |
|---|---|---|
| Principal Amount: | Other Amount: | Interest Award: |
| Possession: | Writ Issued Date: | Homestead Exemption Waived: |
| Is Judgment Satisfied: | Date Satisfaction Filed: | Other Awarded: |
| Further Case Information: | | |

### Garnishment Information

| Garnishee: | DUPONT COMMUNITY CREDIT UNION | Address: | HARRISONBURG, VA 22801 |
|---|---|---|---|
| Garnishee Answer: | | Answer Date: | Number of Checks: 0 |

10/24/2019 · GENERAL DISTRICT COURT ONLINE CASE INFORMATION SYSTEM

Received :

## Appeal Information

| Appeal Date : | Appealed By : |

[Back to Search Results]  [Previous]  [Next]

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories | Forms |

Judicial Branch Agencies | Programs

Build #: 6.1.0.4